**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DILSHER SINGH, | No. 3:26-cv-01402-BTM-SBC |
| Petitioner, | **JUDGMENT AND WRIT OF HABEAS CORPUS** |
| v. | |
| CHRISTOPHER LAROSE, et al., | |
| Respondents. | |

The Court finds that Petitioner is entitled to a bond hearing based on the length of his detention.  Respondents are ordered to provide Petitioner an individualized bond hearing before a fair, neutral, and open-minded immigration judge no later than April 9, 2026.  The parties must provide a status report no later than April 10, 2026.

**IT IS SO ORDERED.**

Dated:  March 23, 2026

Honorable Barry Ted Moskowitz
United States District Judge

2